Decided 6 January ; rehearing denied 10 May, 1902.

STITT *v.* POLICE BOARD.

MURRAY *v.* POLICE BOARD.

WALLER *v.* POLICE BOARD.

Appeal from Multnomah County.

These cases, brought by W. O. Stitt, Patrick Murray, and Mose Waller, respectively, are companion cases to *Venable* v. *Police Commissioners,* 40 Or. 458 (67 Pac. 203), and were decided on the authority of that case, briefs and arguments being waived.                                                    REVERSED.

Argued 28 January ; decided 17 February, 1902.

HINDMAN *v.* HINDMAN.

[67 Pac. 1134.]

From Linn: REUBEN P. BOISE, Judge.

*Mr. J. K. Weatherford,* for appellant.

*Messrs. J. N. Duncan* and *W. R. Bilyeu,* for respondent.

PER CURIAM. This is a suit by Fannie E. Hindman against S. M. W. Hindman for a divorce on the ground of cruel and inhuman treatment. No questions of law are involved in the case. An examination of the record has satisfied us that the decree in favor of plaintiff should be affirmed, and it is so ordered.                                                       AFFIRMED.

Decided 7 April, 1902.